UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Miller,                                                            Civil No. 02-712 (PAM/SRN)

                Plaintiff,

v.                                                                                      **ORDER**

Northwestern Mutual Life Ins. Co.,

                Defendant.

---

Timothy Miller,                                                          Civil No. 02-713 (PAM/SRN)

                Plaintiff,

v.

Northwestern Mutual Life Ins. Co.,

                Defendant.

---

This matter is before the Court on Plaintiffs' Motion to Review the Cost Judgment entered by the Clerk on August 22, 2005. Plaintiffs have not submitted any memorandum of law in support of their Motion, but rather appear to rely on their papers filed on April 4, 2005. After careful review of the record, the Court finds that Defendant is entitled to taxation of costs as set forth by the Clerk in the Cost Judgment. Accordingly, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Review Cost Judgment (Clerk Doc. No. 50) is **DENIED**.

Dated: _October 28, 2005

                                                                s/ Paul A. Magnuson
                                                                Paul A. Magnuson
                                                               United States District Court Judge